Same case below, 596 F.3d 273.

**No. 09-10610. Nathaniel Martin, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 847, 131 S. Ct. 93, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5811.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10615. Darryl Keith Baker, Petitioner v. Kentucky.**

562 U.S. 847, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5919,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10617. LeRoy Shannon, Petitioner v. John Evans, Warden.**

562 U.S. 847, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5817.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10621. Donnell Quarterman, Petitioner v. J. M. Blackwood, et al.**

562 U.S. 847, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5917.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10623. Aubrey Stanley, Petitioner v. Randy Ollis.**

562 U.S. 848, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 6029.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10625. Marshall Anthony Smith, Petitioner v. Texas.**

562 U.S. 848, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5896.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

**No. 09-10626. Lawrence Reed, Petitioner v. Burl Cain, Warden.**

562 U.S. 848, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5772.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10635. Glenn T. Turner, Petitioner v. William Pollard, Warden.**

562 U.S. 848, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5950.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10637. Scott Wallis, Petitioner v. Alan Levine, et al.**

562 U.S. 848, 131 S. Ct. 95, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5880.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.